**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CHELSEA GAUSE ROBINSON and**
**SHARON WILMER,**

                        **Plaintiffs,**

              **v.**                              **1:13-CV-0172**
                                                      **(NAM/CFH)**

**SOCIAL SERVICE,**

                        **Defendant.**
_____

**APPEARANCES:**                              **OF COUNSEL:**

CHELSEA GAUSE ROBINSON and
SHARON WILMER
244 Colonie Street
Albany, New York 12206
Plaintiffs, *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 22nd day of February 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1. The Report-Recommendation is hereby adopted in its entirety.

     2. The plaintiffs are directed to file an amended complaint within thirty days of this order.

Failure of the plaintiffs to file an amended complaint on or before April 17, 2013 will result in the Clerk of the Court entering judgment dismissing this action without further order of this court.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case

    **IT IS SO ORDERED.**

    **DATED:** March 18, 2013
            Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge